# EXHIBIT K

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **VIVIAN FARRIS; trustee for** ) | |
| **WIRT ADAMS YERGER, JR. LEGACY** ) | |
| **TRUST;** *Individually and on behalf of* ) | |
| *all those similarly situated,* ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 1:17-cv-417** |
| ) | |
| **v.** ) | **Hon. Matthew W. McFarland** |
| ) | |
| **U.S. FINANCIAL LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## DECLARATION OF W. DANIEL "DEE" MILES

I, W. Daniel "Dee" Miles, III, do hereby affirm that the following assertions are true and accurate to the best of my knowledge and belief:

1.      I am over the age of nineteen and am a resident of Montgomery, Alabama.

2.      I am a Principal in the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. ("Beasley Allen Law Firm"), and an attorney for Plaintiff Vivian Farris, trustee for the Wirt Adams Yerger, Jr. Legacy Trust ("Plaintiff"). I have been admitted *pro hac vice* by this Court in this action. I make this declaration in support of the Plaintiff's Motion for Class Certification and seek appointment by this honorable Court as Class Counsel in the above-styled matter. I have personal, first-hand knowledge of the matters set below and, if called as a witness, I could and would testify competently thereto.

3.      The Beasley Allen Law Firm is a preeminent law firm in nationwide class action litigation and a copy of the firm's class action experience and my profile is attached hereto as Exhibit 1 to this Declaration. Of note, Beasley Allen is a proven leader in insurance litigation and

has successfully litigated a number of class actions against insurance companies throughout the country.

4.     I am the Section Head over Consumer Fraud litigation in my firm, which includes representing plaintiffs in, consumer class actions, business litigation, and whistleblower cases, as well as representing several state attorneys general in pharmaceutical litigation.

5.     I graduated from the University of Alabama at Birmingham with a Bachelor of Science degree in finance, from Cumberland School of Law at Samford University, clerked for the Honorable John M. Patterson of the Alabama Court of Criminal Appeals, and served as a staff attorney for the Honorable Henry Steagall of the Alabama Supreme Court.  I have over twenty-five years' experience in private practice representing plaintiffs in complex litigation involving consumers, insurance litigation, products liability, employment law, and other federal statutory claims. During my extensive career, I have litigated numerous individual and class actions on behalf of policyholders against insurance companies.  I have been appointed as lead or co-lead counsel in various national insurance MDLs and class actions, the latest of which was in *Dickman, et al. v. Banner Life Insurance Company, et al., Case No.* 1:16-cv-00192-WMN (D. Md., filed January 19, 2016) which was consolidated with *Lesley S. Rich, et al. v. William Penn Life Insurance Company of New York*, Case No. 1:17-cv-02026-GLR (D. Md., filed July 20, 2017), which involved cost of insurance rate increases on universal life insurance policies.  Additionally, courts nationwide have appointed me to leadership roles in Multidistrict Litigations, including the VW "Clean Diesel" Marketing, Sales Practices and Product Litigation MDL, Chrysler-Dodge-Fiat Ecodiesel Marketing Sales Practices, Toyota sudden unintended acceleration MDL, Target Data Breach MDL, the Home Depot Data Breach MDL, the Blue Cross Blue Shield Antitrust MDL, and the Takata airbag MDL.

6.      Over the course of my practice, I have been recognized by several organizations, including: "Who's Who" of lawyers by the Heritage Registry; named to the 2013-2015 Lawdragon 500 Leading Lawyers; selected annually to the "Best Lawyers in America" list; selected by Alabama Best Lawyers 2015; selected to Alabama Super Lawyers for consecutive years; and a "2013 Top Rated Lawyer in Commercial Litigation" by Martindale Hubbell and American Lawyer Media.

4.      I am competent, willing, and able to serve as Class Counsel in this action and request this honorable Court appoint me, along with Rachel N. Boyd and Paul W. Evans of my firm, as lead Class Counsel with the other attorneys of record as additional counsel.

5.      Rachel N. Boyd is currently an Associate at Beasley Allen Law Firm and has been admitted *pro hac vice* by this Court in this action. Ms. Boyd has extensive experience throughout all stages of litigation against insurance companies, including drafting pleadings, conducting depositions and reviewing discovery, and has been involved in negotiating and obtaining multi-million-dollar settlements on behalf of thousands of policyholders. Since joining the firm in 2015, Ms. Boyd's practice has primarily been focused on insurance fraud litigation and complex insurance class actions.

6.      Paul W. Evans is currently an Associate at Beasley Allen and has been admitted *pro hac vice* by this Court in this action. Mr. Evans joined Beasley Allen as an attorney in 2017, and his practice has focused on complex insurance class actions as well as representing whistleblowers in *qui tam* actions. Mr. Evans has been involved in all stages of complex litigation, including drafting pleadings, conducting depositions and reviewing discovery, and has been involved in negotiating and obtaining multi-million-dollar settlements on behalf of thousands of policyholders.

7.     Ms. Boyd and Mr. Evans likewise worked extensively on *Dickman, et al. v. Banner Life Insurance Company, et al., Case No.* 1:16-cv-00192-WMN (D. Md., filed January 19, 2016) and *Lesley S. Rich, et al. v. William Penn Life Insurance Company of New York*, Case No. 1:17-cv-02026-GLR (D. Md., filed July 20, 2017) and have been involved in various other class action cases as well.

8.     As Class Representative's counsel, my firm and the other firms representing Plaintiff have retained expert witnesses to assist the trier of fact in this class action litigation.

9.     This matter would best proceed as a class action to avoid numerous individualized suits nationwide and to efficiently litigate and save scarce judicial resources.

10.     Since initiating the action, Plaintiff's counsel has successfully steered this putative class action past a motion to dismiss challenge and collected crucial evidence necessary for proving this case, which involved reviewing thousands of documents and conducting depositions of USFL actuaries and management.

11.     Furthermore, it is unlikely that individual lawsuits would be filed due to the high costs of such individualized litigation. The litigation cost Plaintiff has incurred in this action would likely preclude other proposed class members from filing individual lawsuits. Therefore, a class action would be the most superior and effective manner to manage this litigation.

12.     Ms. Farris, as the proposed Class Representative, has remained actively involved in litigation of this matter and has monitored counsel, such as by reviewing pleadings, being deposed, producing documents, and communicating regularly with counsel.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on this 15th day of July, 2020.

/s/ *W. Daniel "Dee" Miles, III*
W. DANIEL "DEE" MILES, III (*pro hac vice*)

4

272 Commerce Street
Post Office Box 4160 (36103)
Montgomery, Alabama 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
dee.miles@beasleyallen.com

**EXHIBIT 1**

**FIRM RESUME**



## I.      <u>Background of Beasley Allen</u>

In 1978, Jere Locke Beasley founded the firm now known as Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., which is located in Montgomery, Alabama and Atlanta, Georgia. From 1970 through 1978, Jere served as Lieutenant Governor of the State of Alabama, and for a short period as Governor.  In 1978, he re-entered the private practice of law representing plaintiffs and claimants in civil litigation.  This was the genesis of the present law firm, which is now made up of eighty-one attorneys and approximately two hundred sixteen support staff representing clients all over the country.  Beasley Allen has forty-six principals, one managing attorney, four supervising attorneys, five Board of Directors, and seven non-attorney supervisors. Our support staff includes full time legal secretaries, paralegals, nurses, investigators, computer specialists, technologists, a public relations department, and a comprehensive trial graphics department.  Beasley Allen is adequately qualified, prepared, and equipped to handle complex litigation on a national scale.

## II.      <u>Experience of Beasley Allen</u>

Beasley Allen's highly qualified attorneys and staff work tirelessly for clients throughout the country, representing plaintiffs and claimants in the following areas: Personal Injury, Products Liability, Consumer Fraud, Class Action Litigation, Toxic Torts, Environmental Litigation, Business Litigation, Mass Torts Drug Litigation, and Nursing Home Litigation.  We have handled cases involving verdicts and settlements amounting to nearly $30 billion.  For instance, Beasley Allen has played an integral role in this nation's most important consumer litigation such as Vioxx MDL, BP MDL, Toyota SUA MDL, VW MDL, Chrysler Fiat MDL and many others. Beasley Allen has recovered multi-million dollar verdicts for our clients against many corporate wrongdoers, many of which are in the healthcare industry, including AstraZeneca, $216 million,

GSK, $83 million, Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., and Imerys Talc America, Inc., $72 million in February of 2016, $55 million in May of 2016, $70 million in October of 2016, and $110 million in May of 2017, as well as Exxon, $11.9 billion, and G.M., $155 million, just to name a few.

Beasley Allen has extensive experience handling complex litigation, attorney general litigation, multi-district litigation throughout the U.S., including district and federal courts, *qui tam* litigation, and class-action lawsuits all involving matters in the healthcare, pharmaceutical, and medical device industry. Our attorneys have also represented clients testifying before U.S. Congressional committees on Capitol Hill in Washington, D.C. Beasley Allen has also been appointed to the Plaintiff's Steering Committee in many complex litigations.

   *i.*      ***Beasley Allen's Involvement as Lead or Co-Lead Counsel Representing States in Complex Litigation, as well as our Qui Tam and Class Action Litigation Experience***

Beasley Allen is a proven leader in complex litigation on a national level. Beasley Allen has successfully represented the states of Alabama, Alaska, Georgia, Hawaii, Kansas, Kentucky, Louisiana, Mississippi, South Carolina, Utah, and West Virginia involving various issues within the healthcare arena, and has confidentially investigated matters for several other Attorneys General. Beasley Allen's experience representing states with complex legal theories involves investigating wrongdoing, advising the states as to whether litigation should be pursued, handling all aspects of filed litigation, negotiating the Attorney General's claims in settlement discussions, and trying the litigations before a judge and jury. Our firm's experience with Attorney General cases involves litigating violations of Medicaid fraud, antitrust violations, consumer protection statutes, false claims act violations, fraud, false advertising, negligence, unjust enrichment, breach of contract, and unfair and deceptive trade practices with respect to the provision of healthcare

goods and services. Beasley Allen's Attorney General litigation background includes the Average Wholesale Price litigations on behalf of eight states concerning the fraudulent pricing of prescription drugs, the representation of four states against McKesson Corporation for its fraudulent and unfair practices involving prescription drugs, the Fresenius litigation on behalf of two states involving the medical device GranuFlo, the Unapproved Drugs litigations on behalf of two states concerning the states' reimbursement of drugs with a fraudulently obtained Medicaid reimbursement approval status, the Usual and Customary litigations regarding the false reporting of pharmacy price lists by the nation's largest chain pharmacies, the Actos litigation, and many other litigations and investigations. Beasley Allen attorney Dee Miles served as lead counsel in the cases such as:

a. *State of Louisiana, ex rel. v. Fresenius Medical Care Holdings, Inc., et al*., Suit No. 631,586, Div. "D"; 19th JDC; Parish of East Baton Rouge, Judge Janice Clark;

b. *In Re Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation* filed in the Circuit Court of Montgomery, Alabama, Master Docket No. CV-2005-219, Judge Charles Price;

c. *In Re Kansas Medicaid Pharmaceutical Average Wholesale Price Litigation* filed in the District Court of Wyandotte County, Kansas, Master Docket No. MV-2008-0668, Division 7, Judge George A. Groneman;

d. *In Re Mississippi Medicaid Pharmaceutical Average Wholesale Price Litigation* filed in the Chancery Court of Rankin County, Mississippi, Master Docket No. 09-444, Judge W. Hollis McGehee;

e. *The State of Utah v. Apotex Corporation, et al.,* filed in the Third Judicial District Court of Salt Lake City, Utah, Case No. 08-0907678, Judge Tyrone E. Medley;

f. *The State of Utah v. Abbott Laboratories, et al.,* filed in the Third Judicial District Court of Salt Lake City, Utah, Case No. 07-0915690, Judge Robert Hilder;

g.  *The State of Utah v. Actavis US, et al.*, filed in Third Judicial District Court of Salt Lake City, Utah, Case No. 07-0913717, Judge Kate A. Toomey;

h.  *The State of Louisiana, et al. v. Molina Healthcare, Inc., et al.*, filed in 19th Judicial District Court, Parish of East Baton Rouge, Suit No. 631612, Judge Janice Clark;

i.  *The State of Louisiana, et al. v. Takeda Pharmaceuticals America, Inc., et al.*, filed in 19th Judicial District Court, Parish of East Baton Rouge, Suit No. 637447, Judge R. Michael Caldwell;

j.  *The State of Mississippi v. CVS Health Corporation, et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01392, Judge Mitchell M. Lundy, Jr.;

k.  *The State of Mississippi v. Fred's, Inc., et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01389, Judge Mitchell M. Lundy, Jr.;

l.  *The State of Mississippi v. Rite Aid Corporation, et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01390, Judge Percy L. Lynchard, Jr.;

m.  *The State of Mississippi v. Walgreen Co., et al.*, DeSoto County, Third Chancery District, Trial Court No. 16-cv-01391, Judge Mitchell M. Lundy, Jr.;

n.  *In the Matter of the Attorney General's Investigation,* AGO Case No. AN2014103885, Alaska Pay-for-Delay Antitrust Investigation;

o.  *State of Louisiana v. Pfizer, Inc., et al.*, Docket No. 625543, Sec. 24, 19th Judicial District Court, Parish of East Baton Rouge, Judge R. Michael Caldwell;

p.  *State of Louisiana v. Abbott Laboratories, Inc.*, et al., Docket No. 596164, Sec. 25, 19th Judicial District Court, Parish of East Baton Rouge, Judge Wilson Fields;

q.  *State of Louisiana v. McKesson Corporation*, Docket No. 597634, Sec. 25, 19th Judicial District Court, Parish of East Baton Rouge, Judge Wilson Fields;

r.  *State of South Carolina v. Abbott Laboratories, Inc., et al., In re: South Carolina Pharmaceutical Pricing Litigation*, Master Caption Number:

2006-CP-40-4394, State of South Carolina, County of Richland, Fifth Judicial Circuit, Judge J. Cordell Maddox, Jr.;

s. *State of Alaska v. Alpharma Branded Products Division, Inc., et al.,* Case No.: 3AN-06-12026, Superior Court for the State of Alaska, Third Judicial District at Anchorage, Judge William F. Morse;

t. *State of Alaska v. McKesson Corporation and First DataBank, Inc.*, Case No. 3AN-10-11348-CI, Superior Court for the State of Alaska, Third Judicial Circuit of Anchorage, Judge Peter A. Michalski;

u. *State of Kansas, ex rel. v. McKesson Corporation, et al.*, Case No. 10-CV-1491, Division 2, District Court of Wyandotte County, Kansas, Judge Constance Alvey;

v. *State of Hawaii, ex rel. v. McKesson Corporation, et al.*, Civil Action No. 10-1-2411-11, State of Hawaii, First Circuit, Judge Gary W. B. Chang;

w. *Commonwealth of Kentucky. v. Fresenius Medical Care Holdings, Inc., et al.*, Civil Action No. 16-CI-00946, Franklin Circuit Court, Div. 2, Judge Thomas D. Wingate;

x. *State of West Virginia v. Merck-Medco,* Civil Action No. 02-C-2944, Circuit Court of Kanawha County, West Virginia, Judge Jennifer F. Bailey;

y. *State of Alabama, ex rel. Troy King, Attorney General v. Transocean, Ltd.*, et al., Civil Action No 2:10-cv-691-MHT-CSC, Middle District of Alabama, Northern Division , Judge Myron H. Thompson;

z. *State of Mississippi v. Actavis Pharma, Inc., et al.*, Civil Action No. 17-cv-000306, Hinds County Chancery Court, District 1, Judge Patricia D. Wise;

aa. *State of Mississippi v. Barr Laboratories, Inc., et al.*, Civil Action No. 17-cv-000304, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

bb. *State of Mississippi v. Camline, L.L.C. (f/k/a Pamlab, L.L.C.)*, Civil Action No. 17-cv-000307, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

cc. *State of Mississippi v. E. Claiborne Robins Company, Inc., et al.*, Civil Action No. 17-cv-000305, Hinds County Chancery Court, District 1, Judge Denise Owens;

dd. *State of Mississippi v. Endo Pharmaceuticals, Inc.*, Civil Action No. 17-cv-000309, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

ee. *State of Mississippi v. United Research Laboratories, Inc., et al.*, Civil Action No. 17-cv-000308, Hinds County Chancery Court, District 1, Judge Denise Owens;

ff. *State of Alabama v. Purdue Pharma LP, et al.*, Civil Action No. 03-CV-2019-901174, Circuit Court for Montgomery County, Alabama, Judge J. R. Gaines; and

gg. *State of Georgia v. Purdue Pharma, LP, et al.*, Civil Action No. 19-A-00060-2, Superior Court of Gwinnett County, Georgia, Judge Tracie H. Cason.

Through the various representations of the many states listed in the previous paragraph, our firm has recovered over $1.5 billion for the states. Beasley Allen continues to represent states with complex litigation involving the manufacture and marketing of pharmaceuticals and pharmaceutical devices, including, but not limited to, allegations of Medicaid fraud, antitrust, consumer protection violations, false claims, fraud, unjust enrichment, false advertising, and unfair and deceptive trade practices with respect to the manufacture, marketing, pricing, and sale of pharmaceuticals, pharmaceutical devices, and the general provision of goods and services in the healthcare industry.

In addition to representing states, Beasley Allen is one of the nation's leading firms in *qui tam* litigation, especially in the healthcare industry. Our firm currently is handling seventeen filed *qui tam* cases, investigating approximately ten *qui tam* cases, tried two *qui tam* cases, settled fourteen *qui tam* cases, and has reviewed over three hundred thirty-five *qui tam* cases altogether. Beasley Allen, with the cooperation of the U.S. Department of Justice (DOJ), settled one of the most important *qui tam* cases in recent history against U.S. Investigations Services, Inc. (USIS), a private government contractor, for $30 million. The case is *United States ex rel. Blake Percival v.*

*U.S. Investigations Services, Inc.*, Civil Action No. 2:11-cv-527-WKW, (M.D. Ala.).  Beasley Allen also represented one of six whistleblowers jointly responsible for a $39 million settlement in a False Claims Act case alleging illegal kickbacks and off-label marketing against Daiichi-Sankyo Company, Ltd.  The case was *United States, et al., ex rel. Jada Bozeman v. Daiichi-Sankyo Company*, Civil Action No. 14-cv-11606-FDS.  Beasley Allen's *qui tam* cases involve a variety of complex legal issues, including but not limited to violations of the Anti-Kickback Statute, Stark Law, Medicare/Medicaid fraud, military contractor fraud, abuse of Title IV funds, federal grant fraud and government contracting malfeasance.

Beasley Allen is also a leader in complex class action litigation.  Beasley Allen has successfully brought a number of class actions, some of which were subsequently transferred to multidistrict litigation, which we originally filed in federal and state courts, including: *Ace Tree Surgery, Inc. v. Terex Corporation, et al.*, Case No. 1:16-cv-00775-SCJ D (N.D. Ga., filed July 22, 2015); *In re: Polaris Marketing, Sales Practices, and Products Liability Litigation*, Case No. 0:18-cv-00939-WMW-DTS (D. Minn., filed April 5, 2018); *Scott Peckerar et al. v. General Motors, LLC*, Case No. 5:18-cv-02153-DMG-SP (C.D. Cal., filed December 9, 2018); *Jason Compton et al v. . General Motors, LLC*, Case No. 1:19-cv-00033-MW-GRJ (N.D. Fla., filed February 21, 2019); *Simerlein v. Toyota Motor Corporation et al.*, Case No. 3:17-cv-01091-VAB (D. Conn., filed June 30, 2017); *Kerkorian et al v. Nissan North America, Inc.*, Case No. 18-cv-07815-DMR (N.D Cal., filed December 31, 2018); *Monteville Sloan, Jr. v. General Motors LLC*, Case No. 3:16-cv-07244-EMC (C.D. Cal., filed December19, 2016); *William Don Cook v. Ford Motor Company*, Case No. 2:19-cv-00335-ECM-GMB (M.D. Ala., filed  May 8, 2019); *Sigfredo Rubio et al., vs. ZF-TRW Automotive Holdings Corp., et al.*, Case No. 2:19-cv-11295-LVP-RSW (E.D. Mich., filed May 3, 2019); *Weidman, et al. v. Ford Motor Co.*, Case No. 2:18-cv-12719

(E.D. Mich., filed August 30, 2018); *Gerrell Johnson v. Subaru of America, Inc. et al.*, Case No. 2:19-cv-05681-JAK-MAA (C.D. Cal., filed June 28, 2019); *Thondukolam et al., vs. Corteva, Inc., et al.*, Case No. 4:19-cv-03857 (N.D. Cal., filed July 3, 2019); *Dickman, et al. v. Banner Life Insurance Company, et al., Case No.* 1:16-cv-00192-WMN (D. Md., filed January 19, 2016); *Lesley S. Rich, et al. v. William Penn Life Insurance Company of New York*, Case No. 1:17-cv-02026-GLR (D. Md., filed July 20, 2017); *Vivian Farris, et al. v. U.S. Financial Life Insurance Company*, Case No. 1:17-cv-417 (S.D. Ohio, filed June 19, 2017); *Donald Brasher v. Allstate Indemnity Company*, Case No. 4:18-cv-00576-ACA (N.D. Ala., filed February 28, 2018); *Stephen Morgan vs. ACE American Insurance Company*, Case No. 3:16-cv-705-BJD MCR (N.D. Fla., filed June 8, 2016); *In Re: Apple Inc. Device Performance Litigation*, Case No. 5:18-md-02827-EJD (N.D. Cal., filed April 5, 2018); *Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, Case No. 3:18-md-02828 (D.Or., filed April 5, 2018); *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, Case No. Case 1:14-md-02583-TWT (N.D. Ga., filed November 13, 2014); *In Re: German Automotive Manufacturers Antitrust Litigation*, Case No. 3:17-md-02796-CRB (N.D. Cal., filed October 5, 2017); *In re: Domestic Airline Travel Antitrust Litigation*, Case No. 1:15-mc-01404-CKK (D.D.C., filed October 13, 2015); *In Re: Facebook, Inc., Consumer Privacy User Profile Litigation*; Case No. 5:18-md-02827-EJD (N.D. Cal., filed June 6, 2018); *Estrada v. Johnson & Johnson, et al.*, Case No. 2:14-cv-01051-TLN-KJN (E.D. Cal., filed April 28, 2014); *Larry Clairday, et al. v. Tire Kingdom, Inc., et al.,* No. 2007-CV-020 (S.D. Ga.); *Wimbreth Chism, et al. v. The Pantry, Inc. d/b/a Kangaroo Express,* No. 7:09-CV-02194-LSC (N.D. Ala.); *Danny Thomas, et al. v. Southern Pioneer Life Insurance Company,* No. CIV-2009-257JF, in the Circuit Court of Greene County, State of Arkansas*; Dolores Dillon v. MS Life Insurance Company n/k/a American Bankers Life Assurance Company of Florida*, No.

03-CV-2008-900291, in the Circuit Court of Montgomery County, Alabama; *Coates v. MidFirst Bank*, 2:14-cv-01079 (N.D. Ala., certified July 29, 2015); *Walls v. JP Morgan Chase Bank, N.A.*, 3:11-cv-00673 (W.D. Ky., certified October 13, 2016); *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig.*, 3:15-md-02672 (N.D. Cal., settlements approved October 25, 2016 and May 17, 2017); and *In re Takata Airbag Products Liability Litig.*, 1:15-md-02599 (S.D. Fla.). Beasley Allen's class action cases involve a variety of complex legal issues.

### ii. *Beasley Allen's Additional Experience as Lead or Co-Lead Counsel in Nationwide Complex Litigation*

Beasley Allen is one of the country's leading firms involved in complex civil litigation on behalf of claimants, having represented hundreds of thousands of people. Attorneys from Beasley Allen have been selected by Federal Courts as lead counsel or co-lead counsel in the following complex multidistrict litigations and class actions:

> a. *In Re Vioxx Products Liability Litigation*, United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657; (Andy Birchfield, Shareholder of Beasley Allen);

> b. *In Re Reciprocal of America (ROA) Sales Practices Litigation*, United States District Court for the Western District of Tennessee, Judge J. Daniel Breen, MDL No. 1551; (Dee Miles and Jere Beasley, both Shareholders in Beasley Allen);

> c. *In Re American General Life and Accident Insurance Company Industrial Life Insurance Litigation*, United States District Court for the District of South Carolina, Judge Cameron McGowan Currie, MDL No. 11429; (Dee Miles, Shareholder of Beasley Allen);

> d. *In Re Dollar General Corp. Fair Labor Standards Acts Litigation*, United States District Court for the Northern District of Alabama, Western

Division, Judge U.W. Clemon, MDL No. 1635; (Dee Miles, Shareholder of Beasley Allen);

e. *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, District of Louisiana, Judge Eldon E. Fallon, Eastern MDL No. 2592;

f. *Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, United States District Court for the District of New Jersey, Judge Freda L. Wolfson,  MDL No. 2738 (Leigh O'Dell, Shareholder of Beasley Allen);

g. *In re: Polaris Marketing*, *Sales Practices, and Product Liability Litigation*, United States District Court for the District of Minnesota, Judge Wilhelmina M. Wright, Case 0:18-cv-00939-WMW-DTS, (Dee Miles, Shareholder of Beasley Allen)[1]; and

h. *Weidman et al v. Ford Motor Company*, United States District Court of the Eastern District of Michigan, Judge Gershwin A. Drain, 2:18-cv-12719 (Dee Miles, Shareholder of Beasley Allen)[2].

### iii. *Beasley Allen's Leadership Appointments on Executive and/or Plaintiff Steering Committees in Complex Multidistrict Litigation*

Beasley Allen has been appointed to the Plaintiff's Executive Committee and/or Steering Committee in many complex litigations.  All of these multidistrict litigations involved multiple claims against multiple defendants, which required excellent organization and leadership from our attorneys.  Beasley Allen has been appointed to the following MDL complex litigation cases:

a. *In Re: Motor Fuel Temperature Sales Practices Litigation*, United States District Court for the Middle District of Kansas, Judge Kathryn Vratil, MDL No. 1840;

b. *Bextra/Celebrex, Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation*, United States District Court for the Northern District of California, Judge Charles R. Breyer, MDL No. 1699;

---

[1] Beasley Allen was appointed as interim co-lead counsel.
[2] Beasley Allen was appointed as interim co-lead counsel.

c. *In Re: Vioxx Products Liability Litigation*, United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657;

d. *In Re: Actos (Pioglitazone) Products Liability Litigation*, United States District Court for the Western District of Louisiana, Judge Rebecca F. Doherty, MDL No. 2299;

e. *In Re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, United States District Court for the Eastern District of Pennsylvania, Judge Cynthia M. Rufe, MDL No. 2342;

f. *In Re: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II)*, United States District Court District of New Jersey, Judge Garrett E. Brown, Jr., MDL No. 2243;

g. *In Re: Fosamax Products Liability Litigation*, United States District Court, Southern District of New York, Judge John F. Keenan, MDL No. 1789;

h. *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Ohio, Judge David A. Katz, MDL No. 2197;

i. *In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, US District Court for the Northern District of Texas, Judge Ed Kinkeade, MDL No. 2244;

j. *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation,* US District Court for the Northern District of Indiana, Judge Robert L. Miller, Jr., MDL No. 2391;

k. *In Re: Prempro Products Liability Litigation*, United States District Court, Eastern District of Arkansas, Western Division, Judge Billy Roy Wilson, MDL No. 1507;

l. *In Re: Mirena IUD Products Liability Litigation*, United States District Court, Southern District of New York, Judge Cathy Seibel, MDL No. 2434;

m. *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, United States District Court, District of Massachusetts, Judge Douglas P. Woodlock, MDL No. 2428;

n. *In Re: American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Southern District of Ohio, Judge Joseph R. Goodwin, MDL No. 2325;

o. *In Re: C.R. Bard, Inc. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2187;

p. *In Re: Boston Scientific Corp. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Southern District of West Virginia, Judge Joseph R. Goodwin, MDL No. 2326;

q. *In Re: Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2327;

r. *In Re: Coloplast Corp. Pelvic Repair Systems Products Liability Litigation*, United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2387;

s. *In Re: Google Inc. Gmail Litigation*; United States District Court for the Northern District of California, San Jose Division, Judge Lucy H. Koh, MDL No. 2430 (Dee Miles, Principal of Beasley Allen);

t. *In Re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, United States District Court for the Central District of California, Judge James V. Selna, MDL No. 2151 (Dee Miles, Principal of Beasley Allen);

u. *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*; California Northern District (San Francisco), Hon. Charles R. Breyer, Case No. 3:15-md-02672-CRB (Dee Miles, Principal of Beasley Allen);

v. *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, District of Louisiana, Judge Eldon E. Fallon, Eastern MDL No. 2592;

w. *In Re: Target Corporation Customer Data Security Breach Litigation*, United States District Court for the District of Minnesota, Judge Paul A. Magnuson, MDL No. 2522 (Dee Miles, Principal of Beasley Allen);

x.      *In Re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, United States District Court for the District of South Carolina, Judge Richard M. Gergel, MDL No. 2502;

y.      *In Re: Blue Cross Blue Shield Antitrust Litigation*, United States District Court for the Northern District of Alabama, Judge R. David Proctor, MDL No. 2406 (Dee Miles, Principal of Beasley Allen);

z.      *In Re: Androgel Products Liability Litigation,* United States District Court for the Northern District of Illinois, Judge Matthew F. Kennelly, MDL No. 2545;

aa.     *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Judge, Thomas W. Thrash, Jr., MDL No. 2583 (Dee Miles, Principal of Beasley Allen);

bb.     *In Re: Takata Airbag Products Liability Litigation*, United States District Court for the Southern District of Florida, Judge Federico A. Moreno,  MDL No. 2599, serving on a discovery committee responsible for two Auto Manufacturer's discovery (Dee Miles, Principal of Beasley Allen);[3] ;

cc.     *In Re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, United States District Court for the Northern District of California, Judge Edward Chin, MDL No. 2777 (Dee Miles, Principal of Beasley Allen);

dd.     *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,* United States District Court of the Eastern District of Louisiana, Judge Carl J. Barbier, MDL No. 2179;

ee.     *In re: Invokana (Canagliflozin) Products Liability Litigation,* United States District Court District of New Jersey, Judge Lois H. Goodman, MDL No. 2750;

ff.     *In re: Proton-Pump Inhibitor Products Liability Litigation*, United States District Court District of New Jersey, Judge Claire C. Cecchi, MDL No. 2789; and

---

[3] Discovery Committee appointment only.

gg.   *In Re: Apple Inc. Device Performance Litigation,* United States District Court for the Northern District of California, Judge Edward J. Davila, MDL 2827.

### III.   Qualifications of Beasley Allen Attorneys

Beasley Allen is comprised of highly qualified attorneys and staff that are well-equipped to be the co-lead counsel in handling any investigation and litigation.  Our attorneys are some of the most qualified and experienced attorneys in the country.

On a firm-wide basis, national publications have profiled several Beasley Allen lawyers, including Forbes, Time Magazine, BusinessWeek, The New York Times, The Wall Street Journal, Jet Magazine, The National Law Journal, The ABA Journal, and Lawyers Weekly USA.  Beasley Allen has also appeared nationally on Good Morning America, 60 Minutes, The O'Reilly Factor, CNN Live at Daybreak, CNN Headline News, ABC Evening News, CBS Evening News, NBC Evening News, FOX, National Public Radio, and Court TV.

Additionally, Beasley Allen attorneys have some of this country's largest verdicts and settlements in the following categories:

a.   Largest verdict against an oil company in American history, $11,903,000,000, in *State of Alabama v. Exxon*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-99-2368, Judge Tracy S. McCooey:

b.   Largest State Medicaid settlements for eight States Attorneys General involving the Average Wholesale Price Litigation against numerous pharmaceutical companies for falsely reporting drug prices to State Medicaid Agencies for use as reimbursement for drugs administered by those same agencies, returning over $1.5 billion to the states' coffers (see AWP litigation description contained herein).

c.   Largest environmental settlement in American history, $750,000,000, in *Tolbert v. Monsanto*, filed in the United States District Court for the

Northern District of Alabama, Civil Action No. CV-01-1407PWG-S, Judge Paul W. Greene;

d.  Largest predatory lending verdict in American history $581,000,000, in *Barbara Carlisle v. Whirlpool*, filed in the Circuit Court of Hale County, Alabama, Case No. CV-97-068, Judge Marvin Wiggins;

e.  Largest average wholesale price litigation verdict, $215,000,000, in *State of Alabama v. AstraZeneca*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-05-219.10, Judge Charles Price (Dee Miles as Co-Lead Counsel);

f.  Second largest average wholesale price litigation verdict, $114,000,000, in *State of Alabama v. GlaxoSmithKline - Novartis*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-05-219.52, Judge Charles Price (Dee Miles as Co-Lead Counsel);

g.  Third largest average wholesale price litigation verdict, $78,000,000, in *State of Alabama v. Sandoz, Inc.*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-05-219.65, Judge Charles Price (Dee Miles as Co-Lead Counsel);

h.  Average wholesale price litigation verdict, $30,200,000, in *State of Mississippi v. Sandoz, Inc.*, filed in the Chancery Court of Rankin County, Mississippi, Case No. 09-00480, Judge Thomas L. Zebert (Dee Miles as Co-Lead Counsel);

i.  Average wholesale price litigation verdict, $30,262.052, in *State of Mississippi v. Watson Laboratories, Inc., et al.*, filed in the Chancery Court of Rankin County, Mississippi, Case Nos. 09-488, 09-487, and 09-455, Judge Thomas L. Zebert (Dee Miles as Co-Lead Counsel);

j.  Hormone Therapy Litigation Verdict, $72,600,000, *in Elfont v. Wyeth Pharmaceuticals, Inc., et al.*, *Mulderig v. Wyeth Pharmaceuticals, Inc., et al.*, *Kalenkoski v. Wyeth Pharmaceuticals, Inc., et al.*, filed in the County of Philadelphia, Court of Common Pleas, Case Nos. July Term 2004, 00924, 00556, 00933, Judge Gary S. Glazer;

k. Hormone Therapy Litigation Verdict, $5,100,100, in *Okuda v. Wyeth Pharmaceuticals, Inc.*, filed in the United States Distruct Court of Utah, Northern Division, Case No. 1:04-cv-00080-DN, Judge David Nuffer;

l. Talcum Powder Litigation Verdict, $72,000,000, in *Fox v. Johnson & Johnson, et al.*, filed in the Circuit Court of St. Louis City, Case No. 1422-CC03012-01, Judge Rex M. Burlison; and

m. Talcum Powder Litigation Verdict, $55,000,000, *in Ristesund v. Johnson & Johnson, et al.*, filed in the Circuit Court of St. Louis City, Case No. 1422-CC03012-01, Judge Rex M. Burlison.

Additionally, Beasley Allen maintains a full-time technology department comprised of six professionals who have successfully passed rigorous industry certification exams, in addition to an in-house graphics department that is responsible for designing, constructing, and presenting essential demonstratives and other presentations used in the courtroom and during mediations. These technological advancements not only allow Beasley Allen to successfully present the case for our clients at hearings and trial, but they allow our firm to stay in the forefront of multi-media and case management.

Beasley Allen is proud to have the opportunity to represent clients throughout the country carry out our moto of helping those who need it most.