# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **VIVIAN FARRIS; trustee for WIRT ADAMS YERGER, JR. LEGACY TRUST;** *Individually and on behalf of all those similarly situated* | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| **U.S. FINANCIAL LIFE INSURANCE COMPANY,** | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 1:17-cv-417

Hon. Matthew W. McFarland

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO THE CLASS REPRESENTATIVE

Pursuant to Federal Rule of Civil Procedure Rule 23(h) and subject to Court approval, Plaintiff Vivian Farris (as trustee for the Wirt Adams Yerger, Jr. Legacy Trust), individually and on behalf of the proposed Settlement Class, respectfully submits motion for attorneys' fee, expenses, and service awards to the class representative. For the reasons detailed in Plaintiff's supporting memorandum, Plaintiff respectfully requests the Court award from the Common Settlement Fund: Class Counsel a fee of $4,600,000; reimbursement of $371,572.77 in reasonable expenses and costs; and $15,000 to Plaintiff for her service as class representative. Defendant U.S. Financial Life Insurance Company does not take a position on this Motion.

Respectfully submitted, this the 11th day of October, 2021:

/s/ *W. Daniel "Dee" Miles, III*
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**

1

W. DANIEL "DEE" MILES, III (*pro hac vice*)
RACHEL N. MINDER (*pro hac vice*)
PAUL W. EVANS (*pro hac vice*)
272 Commerce Street
Post Office Box 4160 (36103)
Montgomery, Alabama 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
dee.miles@beasleyallen.com
rachel.minder@beasleyallen.com
paul.evans@beasleyallen.com

**GOLDENBERG SCHNEIDER, L.P.A.**
JEFFREY S. GOLDENBERG (0063771)
TODD B. NAYLOR (0068388)
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: 513.345.8297
Fax: 513.345.8294
JGoldenberg@gs-legal.com
TNaylor@gs-legal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, a true and correct copy of the foregoing was served via CM/ECF to all counsel of record:

Matthew A. Rich (0077995)
KATZ, TELLER, BRANT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, OH 45202
Telephone: (513) 721-4532
Facsimile: (513) 762-0075
mrich@katzteller.com

David T. McDowell*
Diane Wizig *
William B. Thomas *
MCDOWELL HETHERINGTON LLP
1001 Fannin, Suite 2700
Houston, Texas 77006
Telephone: (713) 337-5580
Telecopy: (713) 337-8850

* pro hac vice

/s/ *W. Daniel "Dee" Miles, III*
W. DANIEL "DEE" MILES, III
Counsel for Plaintiff